**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TERRELL MOSLEY**                                                    **PLAINTIFF**
*ADC #145155*

**v.**                          **CASE NO. 4:24-CV-00451-BSM-PSH**

**AUSTIN DANCY,** *et al.*                                         **DEFENDANTS**

## ORDER

After de novo review of the record, United States Magistrate Judge Patricia S. Harris's partial recommendation [Doc. No. 100] is adopted, and Terrell Mosley's federal claims against Austin Dancy are dismissed without prejudice.  Mosley's state law claims against Dancy may proceed.

IT IS SO ORDERED this 8th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE