**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TERRELL MOSLEY** **PLAINTIFF**
***ADC #145155***

**v.** **No: 4:24-cv-00451-BSM-PSH**

**AUSTIN DANCY, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court are two motions filed by plaintiff Terrell Mosley seeking subpoenas for documents (Doc. Nos. 121-122) and a motion to quash subpoena filed by Wellpath LLC (Doc. No. 123). First, Mosley seeks to subpoena Wellpath LLC for copies of his medical records dating back to 2017. He claims he needs these records in order to respond to discovery requests made by ADC Defendant Austin Dancy. Dancy has not filed a response to Mosley's motion. If Dancy seeks Mosley's medical records through discovery, he may obtain a medical release form from Mosley to obtain his records. If Mosley wants to review his own records and take notes, he may do so in accordance with ADC policy. Accordingly, Mosley's motion to subpoena his medical records (Doc. No. 121) is DENIED. Wellpath LLC's motion to quash subpoena (Doc. No. 123) is DENIED as MOOT.

Mosley also moves to subpoena certain ADC records (Doc. No. 122). This motion is DENIED because it is in essence a discovery request. He may request

these records from Dancy through discovery. Mosley should note that discovery requests and responses are not to be filed with the Court – but, instead, should be sent directly to opposing counsel, along with a certificate of service. *See* Fed. R. Civ. P. 5(d) (providing that "the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: (i) depositions, (ii) interrogatories, (iii) requests for documents or to permit entry upon the land, and (iv) requests for admissions"); *See* also Local Rule 5.5(c)(2)(stating that "[a]ny party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure"). In contrast, motions to compel and/or for sanctions, pursuant to Fed. R. Civ. P. 37, and any necessary attachments will be accepted for filing.

IT IS SO ORDERED this 4th day of November, 2026.

UNITED STATES MAGISTRATE JUDGE